AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00157 |
|  | ) Assigned to: Judge Cooper, Christopher R. |
| JARON JOHNSON | ) Assign Date: 5/9/2023 |
|  | ) Description: INDICTMENT (B) |
|  | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **JARON JOHNSON**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Distribution of Fentanyl Resulting in Death)
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession With Intent to Distribute Fentanyl)
18 U.S.C. § 2 (Aiding and Abetting)

FORFEITURE: 21 U.S.C. § 853(a) and (p)

Date: 05/09/2023

Zia M. Faruqui  Digitally signed by Zia M. Faruqui
Date: 2023.05.09 15:56:41 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, DC

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/9/23, and the person was arrested on *(date)* 5/25/23
at *(city and state)* Baltimore, MD.

Date: 5/25/23

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

Laurence Pierre-Louis
Digitally signed by Laurence Pierre-Louis
Date: 2023.05.12 15:46:24 -04'00'

*Arresting officer's signature*

SA Derick Alun
*Printed name and title*